B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Rose, Jazzmin                                ,                    Case No.  14 B 08384
　　　　　　　　Debtor

Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __206__     Check one  ☐ With the filing of the petition, or
　　　　　　　　　　　　☐ On or before __3-20-14__

$ __100__ on or before __4-7-14__

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __3-13-14__                              J. __Jacqueline P. Cox__
                                                         United States Bankruptcy Judge